584 A.2d 202
STATE OF NEW JERSEY v. ROBERT OROS.

May 1, 1990.

Petition for certification denied.

584 A.2d 203
STATE OF NEW JERSEY v. RENEE ROBINSON.

May 1, 1990.

Petition for certification denied.

584 A.2d 203
STATE OF NEW JERSEY v. JACQUELINE LOVUOLO.

May 1, 1990.

Petition for certification denied.

584 A.2d 203
STATE OF NEW JERSEY v. R.M.R.

May 1, 1990.

Petition for certification denied.

584 A.2d 203
STATE OF NEW JERSEY v. ROBERT W. FREEMYER.

May 1, 1990.

Petition for certification denied.